**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PHYLLIS SPENCER,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF PHILADELPHIA, THOMAS RYBAKOWSKI, individual and in his official capacity, PEDRO PALMER CONSTRUCTION, INC.,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-7053** |

**O R D E R**

**AND NOW**, this 30th day of September, 2026, upon consideration of the Motion to Dismiss by Defendants the City of Philadelphia (the "City") and Thomas Rybakowski of the City's Department of Licenses and Inspection ("Rybakowski") (together, the "City Defendants") (ECF No. 8), the opposition thereto (ECF No. 10), and the reply in support (ECF No. 13), as well as Pedro Palmer Construction, Inc.'s ("PPC") Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "PPC Motion") (ECF No. 24) and Plaintiff's opposition thereto (ECF No. 27), it hereby **ORDERED** as follows:

1. The City Defendants' Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART** as follows:
   a. The City Defendants' Motion to Dismiss is **DENIED as to the City** on the Fourteenth Amendment claim for the demolition of Plaintiff's Property (Count I).
   b. The City Defendants' Motion to Dismiss is **GRANTED as to Rybakowski** on the Fourteenth Amendment claim for the demolition of Plaintiff's Property (Count I). The Fourteenth Amendment claim for the demolition of Plaintiff's

Property (Count I) is **DISMISSED WITHOUT PREJUDICE** as to Defendant Rybakowski only.

c. The City Defendants' Motion to Dismiss is **DENIED as to the City** on the Fourteenth Amendment claim for the use of Plaintiff's Property as a staging area (Count II).

d. The City Defendants' Motion to Dismiss is **GRANTED as to Rybakowski** on the Fourteenth Amendment claim for the use of Plaintiff's Property as a staging area (Count II). The Fourteenth Amendment claim for use of Plaintiff's Property as a staging area (Count II) is **DISMISSED WITHOUT PREJUDICE** as to Defendant Rybakowski only.

e. The City Defendants' Motion to Dismiss is **DENIED as to the City** on the Fourth Amendment claim (Count III).

f. The City Defendants' Motion to Dismiss is **GRANTED as to Rybakowski** on the Fourth Amendment claim (Count III). The Fourth Amendment claim (Count III) is **DISMISSED WITHOUT PREJUDICE** as to Defendant Rybakowski only.

g. The City Defendants' Motion to Dismiss is **DENIED as to the City** on the Fifth Amendment claim (Count IV).

h. The City Defendants' Motion to Dismiss is **GRANTED as to Rybakowski** on the Fifth Amendment claim (Count IV). The Fifth Amendment claim (Count IV) is **DISMISSED WITHOUT PREJUDICE** as to Defendant Rybakowski only.

i. The City Defendants' Motion to Dismiss is **GRANTED** as to the conspiracy to violate civil rights claim under 42 U.S.C. § 1985 (Count V). The § 1985 conspiracy claim (Count V) is **DISMISSED WITHOUT PREJUDICE**.

j. The City Defendants' Motion to Dismiss is **DENIED** as to the claims for trespass (Count VI) and conversion (VII).

2. Defendant PPC's Motion is **DENIED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**